```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KRISTIN S. DOOR, SBN 84307
    Assistant United States Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA 95814
 4  Telephone: (916)554-2723

 5  Attorneys for Plaintiff
    United States of America
 6

 7

 8                  IN THE UNITED STATES DISTRICT COURT

 9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,         )   2:08-cv-00577-MCE-EFB
                                      )
12          Plaintiff,                )   APPLICATION AND ORDER FOR
                                      )   PUBLICATION
13       v.                           )
                                      )
14  APPROXIMATELY $26,395.00 IN U.S.  )
    CURRENCY,                         )
15                                    )
    APPROXIMATELY $10,880.00 IN U.S.  )
16  CURRENCY,                         )
                                      )
17  APPROXIMATELY $5,000.00 IN U.S.   )
    CURRENCY,                         )
18                                    )
    APPROXIMATELY $9,932.73 IN U.S.   )
19  CURRENCY SEIZED FROM WASHINGTON   )
    MUTUAL BANK, CD, ACCOUNT NUMBER   )
20  09414284883,                      )
                                      )
21  APPROXIMATELY $9,966.82 IN U.S.   )
    CURRENCY SEIZED FROM WASHINGTON   )
22  MUTUAL BANK ACCOUNT NUMBER        )
    093400000117054,                  )
23                                    )
    APPROXIMATELY $26,712.81 IN U.S.  )
24  CURRENCY SEIZED FROM WASHINGTON   )
    MUTUAL BANK ACCOUNT NUMBER        )
25  093400000117020,                  )
                                      )
26  APPROXIMATELY $2,976.06 IN U.S.   )
    CURRENCY SEIZED FROM WASHINGTON   )
27  MUTUAL BANK ACCOUNT NUMBER        )
    00930008192250,                   )
28                                    )
```

```
 1  APPROXIMATELY $413.67 IN U.S.         )
    CURRENCY SEIZED FROM WELLS FARGO      )
 2  ACCOUNT NUMBER 056-4346773, and       )
                                          )
 3  MISCELLANEOUS GROW EQUIPMENT,         )
                                          )
 4            Defendants.                 )
                                          )
 5
```

6      The United States of America, Plaintiff herein, applies for
7  an order of publication as follows:

8      1.   Rule G(4) of the Supplemental Rules for Admiralty or
9  Maritime Claims and Asset Forfeiture Actions (hereafter
10 "Supplemental Rules") provides that the Plaintiff shall cause
11 public notice of the action and arrest to be given in a newspaper
12 of general circulation, designated by order of the Court;

13     2.   Local Rule 83-171, Eastern District of California,
14 provides that the Court shall designate by order the appropriate
15 newspaper for publication;

16     3.   The defendant approximately $26,395.00 in U.S.
17 Currency, and the defendant approximately $5,000.00 in U.S.
18 Currency were seized in the city of Acampo, in San Joaquin
19 County, California.  The defendant approximately $10,880.00 in
20 U.S. Currency, the defendant approximately $9,932.73 in U.S.
21 Currency seized from Washington Mutual Bank, CD, Account Number
22 09414284883, and the miscellaneous grow equipment were seized in
23 the city of Sacramento, in Sacramento County, California.  The
24 Drug Enforcement Administration ("DEA") published notice of the
25 nonjudicial forfeiture of the defendant assets on November 26,
26 December 3, and 10, 2007 in the <u>Wall Street Journal</u> and on
27 December 10, 17, and 24, 2007 in the <u>Wall Street Journal</u>.

28     4.   The defendant approximately $9,966.82 in U.S. Currency

1 seized from Washington Mutual Bank Account Number
2 093400000117054, the defendant approximately $26,712.81 in U.S.
3 Currency seized from Washington Mutual Bank Account Number
4 093400000117020, the defendant approximately $2,976.06 in U.S.
5 Currency seized from Washington Mutual Bank Account Number
6 009300008192250, and the defendant approximately $413.67 in U.S.
7 Currency seized from Wells Fargo Account Number 056-4346773 were
8 seized in the city of Sacramento, in Sacramento County,
9 California.  The Internal Revenue Service-Criminal Investigation
10 ("IRS-CI") published notice of the nonjudicial forfeiture of
11 these defendant assets on November 7, 14, and 21, 2007 in The
12 Daily Recorder.
13         5.   Plaintiff proposes that publication be made as follows:
14              a.   One publication;
15              b.   In the following newspapers, legal newspapers of
16 general circulation, located in the counties in which the
17 defendant assets were seized: The Stockton Record and The Daily
18 Recorder;
19              c.   The publication is to include the following:
20                   (1)  The Court, title and number of the action;
21                   (2)  The date of the arrest/seizure;
22                   (3)  The identity and/or description of the
23 property arrested/seized;
24                   (4)  The name, address, and telephone number of
25 the attorney for the Plaintiff;
26                   (5)  A statement that claims of persons entitled
27 to possession or claiming an interest pursuant to Supplemental
28 Rule G(5) must be filed with the Clerk and served on the attorney

3

1 | for the Plaintiff within 30 days after the date of publication;

2 |             (6)  A statement that answers to the Complaint or
3 | a motion under Rule 12 of the Federal Rules of Civil Procedure
4 | ("Fed. R. Civ. P.") must be filed and served within 20 days after
5 | the filing of the claims and, in the absence thereof, default may
6 | be entered and condemnation ordered;

7 |             (7)  A statement that applications for
8 | intervention under Fed. R. Civ. P., Rule 24 by persons claiming
9 | maritime liens or other interests shall be filed within the 30
10 | days allowed for claims for possession; and

11 |            (8)  The name, address, and telephone number of
12 | the U.S. Marshal and/or Department of Treasury.

13 | Dated: March 13, 2008          McGREGOR W. SCOTT
                                    United States Attorney

                                     /s/ Kristin S. Door
16                                  KRISTIN S. DOOR
                                    Assistant United States Attorney

19 |                              **ORDER**

20 |      IT IS SO ORDERED.

21 | Dated: March 17, 2008.

                                    EDMUND F. BRENNAN
                                    UNITED STATES MAGISTRATE JUDGE

4